UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RANDOLPH FLETCHER, | Case No. 25-cv-02276-VC |
| Plaintiff, | |
| v. | **ORDER GRANTING META'S MOTION TO DISMISS AND ADDRESSING FLETCHER'S OTHER MOTIONS** |
| FACEBOOK INC., et al., | |
| Defendants. | Re: Dkt. Nos. 77, 82, 65, 66, 67 |

The motion to dismiss is granted. The Second Amended Complaint is dismissed without leave to amend the First Amendment claims, but with leave to amend to add any other, non-First Amendment claims that Fletcher can assert in good faith.

Counts One and Two of the complaint are both dismissed because Meta is not a state actor and therefore cannot be subject to a First Amendment claim. *Children's Health Defense v. Meta Platforms, Inc.*, 112 F.4th 742, 753 (2024). Nor do the allegations allow for the inference that this is one of the "exceptional cases" where a private company is treated as a state actor. *Id.* Fletcher has not made any plausible allegations that the government compelled Meta to terminate Fletcher's Facebook account or that Meta and the government acted jointly to suppress speech. Fletcher also cannot show that Facebook serves a public function. *See, e.g.*, *Prager University v. Google LLC*, 951 F.3d 991, 997-98 (2020).

As for the other pending motions in this case, Fletcher's motion in limine to exclude his social media content, Dkt. No. 82, is denied as premature because no discovery has occurred in this case. Fletcher's petition for judicial review of Section 230 of the Communications Decency Act, Dkt. No. 65, is denied as moot because his First Amendment claims are dismissed. Fletcher's motion for judicial notice is denied as moot because the information contained in

those documents is not needed to decide the motion to dismiss. Dkt. Nos. 66 and 67.

Any amended complaint must be filed within 21 days of this order. If no amended complaint is filed within that time, dismissal will be with prejudice.

Fletcher may contact the JDC Legal Help Center for free guidance on how to pursue his lawsuit, which can be reached by calling (415) 782-8982 or emailing FedPro@sfbar.org. Further information is available on the court's website at https://cand.uscourts.gov/representing-yourself.

**IT IS SO ORDERED.**

Dated: October 9, 2025

_____
VINCE CHHABRIA
United States District Judge