UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RANDOLPH FLETCHER,<br><br>       Plaintiff,<br><br>   v.<br><br>FACEBOOK INC., et al.,<br><br>       Defendant. | 25-cv-02276-VC<br><br>**JUDGMENT** |

In light of Fletcher's decision not to file an amended complaint, the dismissal from before, Dkt. No. 95, is now with prejudice. The Court now enters judgment in favor of the defendant and against the plaintiff.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  October 31, 2025

_____

VINCE CHHABRIA
United States District Judge